22cr 19 PJS/HB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 922(o)(1) |
| | 18 U.S.C. § 924(a)(2) |
| v. | 18 U.S.C. § 924(d)(1) |
| | 28 U.S.C. § 2461(c) |
| NAMIRI LOVE LAQUANDAS TANNER, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of a Machinegun)

On or about July 21, 2021, in the State and District of Minnesota, the defendant,

**NAMIRI LOVE LAQUANDAS TANNER,**

did knowingly possess a machinegun, namely, a .40-caliber Glock pistol, model 27, with a high-capacity magazine, bearing serial number PEB845, equipped with an attached conversion device, commonly known as a "switch" or "auto sear," enabling it to be fired as a fully automatic weapon by a single function of the trigger, knowing it had characteristics that made it a machinegun as defined by Title 26, United States Code, Section 5845(b), all in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

### FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States any and all firearms, accessories, and ammunition involved in or used in connection with said count of conviction, including but not limited to a .40-

1

SCANNED
FEB 02 2022
U.S. DISTRICT COURT MPLS

caliber Glock pistol, model 27, with a high-capacity magazine, bearing serial number PEB845, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY      FOREPERSON